MICHAEL J. MCGINNIS, SBN 55908
2100 TULARE STREET, SUITE 400
FRESNO, CALIFORNIA 93721
TEL:  (559) 497-7979
FAX: (559) 498-3627
Attorney for Defendant

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br><br>BERNABE AGUILAR,<br><br>  Defendant. | ) CR.  1: 05CR00273 OWW<br>)<br>)<br>)<br>) AMENDED STIPULATION TO<br>) CONTINUE TIME TO FILE<br>) DEFENDANT'S OPENING PAPERS,<br>) GOVERNMENT'S RESPONDING<br>) PAPERS AND TO CONTINUE<br>) MOTIONS HEARING<br>)<br>)<br>)<br>) |

* * * *

It is stipulated and agreed between the parties that defendant's motions in the above matter currently set for filing Wednesday, November 2, 2005, be electronically filed Wednesday, November 9, 2005, on or before 11:59 p.m.; that the government's response currently set for filing Monday, November 28, 2005, be electronically filed Monday, December 5, 2005, on or before 11:59 p.m.; that the hearing on the motions scheduled for Monday, December 12, 2005, be continued

to Tuesday, January 3, 2006, at 1:30 p.m..

    The parties stipulate that time will be excluded in this matter to and through the end of the hearing on January 3, 2006.

    I hereby agree to the above stipulation.

    Dated: 11-1-2005

    /s/ Michael J. McGinnis
    MICHAEL J. MCGINNIS

    I hereby consent to the above stipulation.

    Dated: 11-1-2005

    /s/ Kimberly A. Kelly
    KIMBERLY KELLY
    Assistant U.S. Attorney

## **ORDER**

It is so ordered.

Dated:   November 4, 2005

/s/ OLIVER W. WANGER

_____
HON. OLIVER W. WANGER