MICHAEL J. MCGINNIS, SBN 55908
2100 TULARE STREET, SUITE 407
FRESNO, CALIFORNIA 93721
TEL: (559) 497-7979
FAX: (559) 498-3627
Attorney for Defendant

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CR. 1: 05CR00273 OWW** |
| Plaintiff, ) | |
| ) | |
| ) | STIPULATION TO CONTINUE |
| vs. ) | EVIDENTIARY MOTIONS HEARING |
| ) | |
| BERNABE AGUILAR, ) | |
| Defendant. ) | |
| _____ ) | |

\* \* \* \*

It is stipulated and agreed between the parties that defendant's evidentiary motions hearing in the above matter currently set for Tuesday, January 31, 2006, be continued until Monday, March 27, 2006, at 1:30 p.m.

The parties stipulate that time will be excluded in this matter to and through Monday, March 27, 2006 at <u>3:00 p.m.</u>.

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1   I hereby agree to the above stipulation.

2   Dated: 10-31-2005

3

4

5                                       /s/ Michael J. McGinnis___
                                        MICHAEL J. MCGINNIS
6

7   I hereby consent to the above stipulation.

8   Dated:

9

10

11                                      /s/ Kimberly A. Kelly___
                                        KIMBERLY KELLY
12                                      Assistant U.S. Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

## **ORDER**

1

2

3   It is so ordered.

4   Dated: January 31, 2006

5

6                              /s/ OLIVER W. WANGER

7                              _____

8                              HON. OLIVER W. WANGER

PDF created with pdfFactory trial version www.pdffactory.com