```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIMBERLY A. KELLY
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   CR. NO. 05-0273 OWW
                                 )
12              Plaintiff,       )   STIPULATION TO CONTINUE
                                 )   EVIDENTIARY MOTIONS HEARING
13       v.                      )
                                 )
14  BERNABE AGUILAR,             )
                                 )
15              Defendant.       )
16                               )
                                 )
17  ─────────────────────────────)
```

It is stipulated and agreed between the parties that defendant's evidentiary motions hearing in the above matter currently set for Tuesday, January 31, 2006, be continued until Tuesday, May 16, 2006 or Wednesday, May 17, 2006 at 1:30 p.m.

The parties stipulate that time will be excluded in this matter to and through Tuesday, May 16, 2006 or Wednesday, May 17, 2006.

I hereby agree to the above stipulation.

Dated: 3-27-06

                                        /s/Kimberly A. Kelly___
                                        Kimberly A. Kelly
                                        Assistant U.S. Attorney

1

I hereby consent to the above stipulation.

Dated: 3-27-06

                                          /s/Michael J. McGinnis
                                          Michael J. McGinnis

## ORDER

It is ordered that the evidentiary hearing in this matter scheduled for March 30, 2006 is continued to May 17 2006 at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   March 28, 2006**                  **/s/ Oliver W. Wanger**
emm0d6                                        UNITED STATES DISTRICT JUDGE