```
MICHAEL J. MCGINNIS, SBN 55908
2100 TULARE STREET, SUITE 407
FRESNO, CALIFORNIA 93721
TEL:  (559) 497-7979
FAX: (559) 498-3627
Attorney for Defendant
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BERNABE AGUILAR,<br><br>　　　　　Defendant. | ) **CR.  1: 05CR00273 OWW**<br>)<br>)<br>)<br>)<br>) STIPULATION TO CONTINUE<br>) EVIDENTIARY MOTIONS HEARING<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

* * * *

It is stipulated and agreed between the parties that defendant's evidentiary motions hearing in the above matter currently set for Wednesday, May 17, 2006, at 1:30 p.m. be continued until Wednesday July 26, 2006, at 1:30 p.m.

The parties stipulate that time will be excluded in this matter to and through Wednesday, July 26, 2006.

-1-

PDF created with pdfFactory trial version www.pdffactory.com

I hereby agree to the above stipulation.

Dated: 05-15-2006

/s/ Michael J. McGinnis___
MICHAEL J. MCGINNIS

I hereby consent to the above stipulation.

Dated: 05-15-2006

/s/ Kimberly A. Kelly___
KIMBERLY KELLY
Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

1 **ORDER**

3   It is so ordered.

4   Dated:  May 16, 2006

7                              /s/ OLIVER W. WANGER_____
8                              HON. OLIVER W. WANGER

PDF created with pdfFactory trial version www.pdffactory.com