1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. KELLY
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5
6
7
8           IN THE UNITED STATES DISTRICT COURT FOR THE
9                  EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,     )    CR. NO. 05-0273 OWW
                                 )
12           Plaintiff,          )    STIPULATION TO CONTINUE
                                 )    EVIDENTIARY MOTIONS HEARING
13      v.                       )
                                 )
14 BERNABE AGUILAR,              )
                                 )
15           Defendant.          )
16                               )
                                 )
17 _____)

18      It is stipulated and agreed between the parties that
19 defendant's evidentiary motions hearing in the above matter
20 currently set for Wednesday, July 26, 2006, be continued until
21 Tuesday, September 19, 2006 or Wednesday, September 20, 2006 at
22 1:30 p.m.
23      The parties stipulate that time will be excluded in this
24 matter to and through Tuesday, September 19, 2006 or Wednesday,
25 September 20, 2006.
26 I hereby agree to the above stipulation.
27 Dated: 7-20-06
28                                     /s/Kimberly A. Kelly___

                                1

                                          Kimberly A. Kelly
                                          Assistant U.S. Attorney

I hereby consent to the above stipulation.

Dated: 7-20-06

                                          /s/Michael J. McGinnis
                                          Michael J. McGinnis

### **ORDER**

    It is ordered that the evidentiary hearing in this matter scheduled for July 26, 2006 is continued to September 19_____, 2006 at 1_1:0 a.m.

IT IS SO ORDERED.

**Dated:   July 21, 2006**                   **/s/ Oliver W. Wanger**
emm0d6                              UNITED STATES DISTRICT JUDGE

2