McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-0273 OWW |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | EVIDENTIARY MOTIONS HEARING |
| v. | ) | |
| | ) | |
| BERNABE AGUILAR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

It is stipulated and agreed between the parties that defendant's evidentiary motions hearing in the above matter currently set for Tuesday, September 19, 2006, be continued until October 17, 2006 at 11:00 a.m.

The parties stipulate that time will be excluded in this matter to and through Tuesday, October 17, 2006.

I hereby agree to the above stipulation.

Dated: 9-15-06

/s/Kimberly A. Sanchez___
Kimberly A. Sanchez
Assistant U.S. Attorney

I hereby consent to the above stipulation.

Dated: 9-15-06

                                            /s/Michael J. McGinnis
                                            Michael J. McGinnis

## **ORDER**

    It is ordered that the evidentiary hearing in this matter scheduled for September 19, 2006 is continued to October 17, 2006 at 11:00 a.m.

IT IS SO ORDERED.

**Dated:   September 16, 2006**          **/s/ Oliver W. Wanger**
emm0d6                                            UNITED STATES DISTRICT JUDGE

2